**Christopher Demont OWENS, Plaintiff—Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Warden McCall; Claytor, Assistant Warden; Mauncy, Assistant Warden; Major Bush; Lieutenant Monroe; Sergeant Cotter; Lieutenant Haroff; Investigator Shugart, Investigator; Pearson, STG Investigator; Officer McBee; Officer Dillard; Jean Rutledge; Amy Enloc, Nurse; Alewine, Nurse; Commissioner Ozmint, Director; Bob Olson, Food Supervisor, Defendants—Appellees.**

No. 09–7209.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 8, 2009.

Christopher Demont Owens, Appellant Pro Se. James Victor McDade, Doyle, O'Rourke, Tate & McDade, PA, Anderson, South Carolina, for Appellees.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Demont Owens appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Owens v. South Carolina Dep't of Corr.*, No. 8:09–cv–00278–GRA–BHH, 2009 WL 1684501 (D.S.C. June 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*